UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DALTON PATY, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-07-327 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| | § | |
| Respondent. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO
GRANT RESPONDENT'S MOTION FOR SUMMARY JUDGMENT**

On December 26, 2007, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that respondent's motion for summary judgment (D.E. 17) be granted because petitioner's claims lack merit and are barred by the statute of limitations; and further recommending that a certificate of appealability be denied.  A copy of the Memorandum and Recommendation was mailed to petitioner with a card to be returned indicating his receipt of the mailing.  The card has not been returned by petitioner nor has the mailing been returned by the U.S. Post Office as undeliverable.  Therefore, seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court.  Accordingly, it is

ORDERED that respondent's motion for summary judgment is granted and petitioner's habeas corpus petition is.  Certificate of appealability is denied.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 19th day of March, 2008.

                                                    Janis Graham Jack
                                                    United States District Judge